**Order filed March 25, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00053-CV

_____

## IN RE SENTRY INSURANCE A MUTUAL COMPANY

**Original Mandamus Proceeding**

## O R D E R

Relator, Sentry Insurance a Mutual Company, has filed in this court an opposed motion to stay in conjunction with an original mandamus proceeding. These matters relate to an order entered on January 18, 2022, by the 32nd District Court of Nolan County in Cause No. DO-92-17178. In the order, the Honorable Glen Harrison denied Relator's motion for partial summary judgment—a motion in which Relator sought dismissal of certain claims filed against Relator by the real party in interest, Donald Bristow.

According to Relator, the underlying case is set for pretrial on April 4, 2022, and trial on April 26, 2022. Relator asserts that a stay of those trial court proceedings is necessary to protect Relator's right to counsel; Relator contends that its counsel

of record will have to withdraw if this court does not grant mandamus relief prior to the hearings scheduled in the trial court. Pursuant to TEX. R. APP. P. 52.10(b), this court grants Relator's motion to stay and hereby orders that all actions and proceedings in the cause below be temporarily stayed pending further order of this court or final disposition of this mandamus proceeding.

PER CURIAM

March 25, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.